| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213) 388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 2:09-bk-17912-AA |
|---|---|
| In re<br><br>Carlos Gabriel Rodriguez-Reyes<br><br><br><br>Debtor(s). | DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS<br><br>LOCAL BANKRUPTCY<br>RULE 3015-1(m) |

I, __Carlos Gabriel Rodriguez-Reyes__ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __04/6/2009__

2. I am the owner of real property[1] at the following street address:

    __6929 Lanto St__

    __Commerce, CA 90040__ (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of __Indymac Bank__.

    b. Second deed of trust in favor of __Indymac Bank__ *(if applicable)*.

    c. Third deed of trust in favor of __None__ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2003                                                                                                                                                    F 3015-1.4
Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments

F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re | CHAPTER 13 |
|---|---|
| Carlos Gabriel Rodriguez-Reyes Debtor(s). | CASE NUMBER 2:09-bk-17912-AA |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| INDYMAC BANK P.O. Box 78826 PHOENIX, AZ 85062 | $1,192.00 | 1-15th May 2009 | May 18, 2009 |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2003

F 3015-1.4

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments                F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re                              | CHAPTER 13                      |
|------------------------------------|---------------------------------|
| **Carlos Gabriel Rodriguez-Reyes** |                                 |
| Debtor(s).                         | CASE NUMBER **2:09-bk-17912-AA**|

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,    ☒ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date **May 18, 2009**          Signature _____
                                         Carlos Gabriel Rodriguez-Reyes
                                         Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2003                                                                                    F 3015-1.4

2:09-bk-17912-AA

303111401 NEW 03/08 8810013776

**MONEY ORDER**

62-20/311    **1191207079**



Loan # **1252

PAY EXACTLY
NOT GOOD FOR MORE THAN $1,000.00



\*\*\*\*\*\*\*\*May 14, 2009 ONE HUNDRED NINETY TWO DOLLARS AND 00 CENTS \*\*\*\*\*\*\*

Drawer: Washington Mutual, a division of JPMorgan Chase Bank, N.A.

TO THE ORDER OF ___ INDYMAC BANK ___

CH 13 2:09-bk-17912-AA

_____
AUTHORIZED SIGNATURE

1611 114

Citibank, N.A. - One Penn's Way - New Castle DE 19720

⑈1191207079⑈  ⑆031100209⑆   3876995⑈

---

303111401 NEW 03/08 8810013776

**MONEY ORDER**

62-20/311    **1191207078**

**WaMu**

Loan #**1252

PAY EXACTLY
NOT GOOD FOR MORE THAN $1,000.00



\*\*\*\*\*\*\*\*\*\*\*May 14, 2009 ONE THOUSAND   DOLLARS AND 00 CENTS \*\*\*\*\*\*\*\*\*\*\*\*

Drawer: Washington Mutual, a division of JPMorgan Chase Bank, N.A.

TO THE ORDER OF ___ INDYMAC BANK ___

CH 13 2:09-bk-17912-AA

_____
AUTHORIZED SIGNATURE

1611 114

Citibank, N.A. - One Penn's Way - New Castle DE 19720

⑈1191207078⑈  ⑆031100209⑆   3876995⑈