1  L. Bishop Austin, Esq. (CA SBN 175497)
   L. BISHOP AUSTIN & ASSOCIATES
2  3250 Wilshire Blvd., Ste 1500
   Los Angeles, CA 90010
3  Tel: (213)388-4939  Fax (213)388-2411
   Email: lbishopbk@yahoo.com
4  Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In Re: | CASE NO: 2:09-BK-17912-AA <br> CHAPTER 13 <br><br> DEBTOR DECLARATION IN SUPPORT TORESPONSE TOMOTIONFOR RELIEF <br><br> DATE: 05/05/2010 <br> TIME: 11:30 AM <br> CTRM: 1375 <br> FLOOR: 13TH |
| CARLOS GABRIEL RODRIGUEZ-REYES | |
| Debtor(s). | |

I, CARLOS GABRIEL RODRIGUEZ0REYES, the debtor in this case, declare under penalty of perjury as follows:

I have made my mortgage payments on time since my case was filed in Court.

Originally, at the time of filing, my lender was Indymac Bank, and then in the middle of my Chapter 13, the lender changed to OneWest Bank. As of today, I have requested both lenders to provide copy of the Mortgage payment history. I have not received yet.

On March 31, 2010 and April 12, 2010 I have requested OneWest Bank to give me a loan modification to help me retain my house, and at this time, I am working with them for the loan modification approval.

//

//

1

1    I declare under penalty of perjury under the laws of The United States of America that

2    the foregoing is true and correct and if called to testify I would and could do so competently.

3    This declaration was executed on May 4 2010 at Los Angeles, California.

4

5

6                                              /s/ Carlos Gabriel Rodriguez-Reyes
                                                       Debtor

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28