## LAW OFFICES
## L. Bishop Austin & Associates

**Attorneys at Law**
2465 W. Whittier Blvd., Ste 201 * Montebello, California 90640
Telephone: (323)278-1975 Facsimile: (323)201-4598  Email: Lbishopbk@yahoo.com

March 31, 2010

ONEWEST BANK FSBM fka INDYMAC FEDERAL BANK, FSB
PO BOX 78826
PHOENIX, AZ 85062

Re:   CARLOS G. RODRIGUEZ
      6929 LANTO ST., COMMERCE, CA 90040
      Chapter 13 Case No 2:09-BK-17912-AA
      INDYMAC LOAN NUMBER 1008451252

### LOAN MODIFICATION REQUEST
### WITH DEBTOR'S ATTORNEY AUTORIZATION TO CONTACT DEBTOR

To Whom It May Concern:

Please take notice that this office has been retained by the above debtor to represent his best interest in dealing with their financial hardship. As you are aware, the above debtor is in bankruptcy Chapter 13 proceeding with the intention to reorganize their finances accordingly.

Although, the **Chapter 13 case HAS BEEN confirmed by the Court,** after a close review of his financial situation, and the current alternatives, debtor has decided to apply for a loan modification to request a reduction of their current interest rate and re-adjust the loan terms accordingly.

We believe it is in the best interests of all parties involved in this foreclosure process to ENTER INTO A LOAN MODIFICATION. This modification would not only make this loan more affordable to the debtor, but also would mitigate the potential loss and burden doomed to be imposed on YOU after the foreclosure.

By my signature, I authorize you as the lender and your attorneys to establish contact directly to the above debtors for the purpose of providing Loss Mitigation Information in connection with the above described loan. I further intend that such my authorization be valid, notwithstanding the existence of the automatic stay provisions of 11 U.S.C. 362(a), and that you and your attorneys shall be harmless for communications in furtherance of that purpose.

I thank you in advance for your IMMEDIATE attention and cooperation in this matter. If you have any questions, please do not hesitate to contact my office at telephone number or Email.

Sincerely,

_____
L Bishop Austin, SBN 175497
L. BISHOP AUSTIN & ASSOCIATES

LAW OFFICES

# L. Bishop Austin & Associates

Attorneys at Law
2465 W. Whittier Blvd., Ste 201 * Montebello, California 90640
Telephone: (323)278-1975 – Fax: (323)278-0810
Email: LBAustin2465@gmail.com

April 12, 2010

McCarthy & Holthus, LLP
Attorney for Onewest Bank
1770 Fourth Avenue
San Diego, CA 92101

Re:   CARLOS G. RODRIGUEZ
      6929 LANTO ST., COMMERCE, CA 90040
      Chapter 13 Case No 2:09-BK-17912-AA

## LOAN MODIFICATION REQUEST

To Whom It May Concern:

Please take notice that this office has been retained by the above debtor to represent his best interest in dealing with their financial hardship. As you are aware, the above debtor is in bankruptcy Chapter 13 proceeding with the intention to reorganize their finances accordingly.

Although, the **Chapter 13 case has been confirmed by the Court,** after a close review of his financial situation, and the current alternatives, debtor has decided to apply for a loan modification to request a reduction of their current interest rate and re-adjust the loan terms accordingly.

We believe it is in the best interests of all parties involved in this foreclosure process to ENTER INTO A LOAN MODIFICATION. This modification would not only make this loan more affordable to the debtor, but also would mitigate the potential loss and burden doomed to be imposed on YOU after the foreclosure.

By my signature, I authorize you as the lender and your attorneys to **establish contact directly** to the above debtors for the purpose of providing Loss Mitigation Information in connection with the above described loan. I further intend that such my authorization be valid, notwithstanding the existence of the automatic stay provisions of 11 U.S.C. 362(a), and that you and your attorneys shall be harmless for communications in furtherance of that purpose.

I thank you in advance for your IMMEDIATE attention and cooperation in this matter. If you have any questions, please do not hesitate to contact my office at telephone number or Email.

Sincerely,

L. BISHOP AUSTIN & ASSOCIATES

_/s/ L Bishop Austin_
L. BISHOP AUSTIN, ESQ.