| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Ja Vonne M. Phillips, Esq. SBN 187474<br>Merdaud Jafarnia, Esq. SBN 217262<br>**McCarthy & Holthus, LLP**<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>Phone (619) 685-4800<br>Fax (619) 685-4810<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* U.S. Bank National Association, as Trustee, for MARM 2006-OA2, its assignees and/or successors and the servicing agent OneWest Bank FSB | **FILED & ENTERED**<br><br>**MAY 11 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** vandenst **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Carlos Gabriel Rodriguez-Reyes,<br><br>                                                      Debtor. | CHAPTER: 13<br>CASE NO.: 2:09-bk-17912-AA |
|---|---|
| | DATE: 05/05/2010<br>TIME: 11:30 a.m.<br>CTRM: 1375<br>FLOOR: 13th Floor |

# ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
### (MOVANT: U.S. Bank National Association, as Trustee, for MARM 2006-OA2, its assignees and/or successors and the servicing agent OneWest Bank FSB)

1. The Motion was: ☐ Contested ☒ Uncontested ☐ Settled by stipulation

2. The Motion affects the following real property (the "Property"):

   *Street Address:* 6929 Lanto Street
   *Apartment/Suite No.:*
   *City, State, Zip Code:* Los Angeles, CA 90040

   Legal description or document recording number (including county of recording): 06 2175126, Los Angeles County, California

   ☒ See attached page

3. The Motion is granted under:   ☒ 11 U.S.C. § 362(d)(1)  ☐ 11 U.S.C. § 362(d)(2)  ☐ 11 U.S.C. § 362(d)(3)
                                 ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

   a.  ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.

   b.  ☐ Annulled retroactively to the date of the bankruptcy petition filing.

   c.  ☐ Modified or conditioned as set forth in Exhibit    to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

(Continued on next page)

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 2 of 5    **F 4001-1O.RP**

| In re<br>Carlos Gabriel Rodriguez-Reyes, | (SHORT TITLE) | | CHAPTER: 13 |
|---|---|---|---|
| | | Debtor. | CASE NUMBER.: 2:09-bk-17912-AA |

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify):*

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☒ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

   ☐ transfer of all or part of ownership of, or interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court orders as follows:

   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
   d. ☒ See attached continuation page for additional provisions.

###

DATED: May 11, 2010

*Alan M. Ahart*
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-1O.RP**

| | | |
|---|---|---|
| Order on Motion for Relief from Stay (Real Property) – Page 3 of 5 | | **F 4001-1O.RP** |
| In re<br>Carlos Gabriel Rodriguez-Reyes, | (SHORT TITLE) | CHAPTER: 13 |
| | Debtor. | CASE NUMBER.: 2:09-bk-17912-AA |

Legal Description

DESCRIPTION:

ALL THAT CERTAIN LOT OR PARCEL OF LYING AND BEING SITUATED IN THE CITY OF COMMERCE, STATE OF CALIFORNIA, AS MORE PARTICULARLY DESCRIBED AS FOLLOWS:

PARCEL 1:

AN UNDIVIDED 1/8TH INTEREST IN AND TO LOT 1 OF TRACT NO 45351, IN THE CITY OF COMMERCE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1109 PAGES 87 AND 88 MAPS, IN THE OFFICE OF THE COUNTRY RECORDER OF COUNTY.

EXCEPT THEREOF THE FOLLOWING UNITS 1 THRU 8 INCLUSIVE AS SHOWN UPON THE A CLTA OWNERS POLICY RECORDED JULY 25, 1988 AS INSTRUMENT NO 88-1167306 OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM THE UNDIVIDED ONE-HALF INTEREST IN AND ALL OIL, GAS, MINERALS AND HYDROCARBON SUBSTANCES IN, ON OR UNDER SAID LAND, AS RESERVED BY IVY SHUMAKER HARDY, A MARRIED MAN AND CARMAN WATSON SHARPE, A MARRIED WOMAN IN DEED RECORDED MARCH 10, 1948 IN BOOK 26660 PAGE 198 OF OFFICIAL RECORDS, UPON TERMS AND CONDITIONS THEREIN CONTAINED

PARCEL 2

UNIT 8 AS SHOWN UPON THE CONDOMINIUM PLAN ABOVE REFERRED TO

PARCEL 3

A NON-EXCLUSIVE EASEMENT FOR THE BENEFIT OF AND APPURTENANT TO PARCELS 1 AND 2 ABOVE DESCRIBED, FOR INGRESS AND EGRESS THROUGH THE COMMON AS PROVIDED IN THE CC& RS RECORDED JULY 25, 1988 AS INSTRUMENT NO 88-1167307 OF OFFICIAL RECORDS.

APN:

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-10.RP**

F 4001-1O.RP

| In re | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| Carlos Gabriel Rodriguez-Reyes, | Debtor. | CASE NUMBER.: 2:09-bk-17912-AA |

**Continuation Page For Additional Provisions Pursuant To 10 (d) Of Attached Order**

**The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law.  The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement.  Any such agreement shall be non-recourse unless included in a reaffirmation agreement.**

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-1O.RP**

| In re | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| Carlos Gabriel Rodriguez-Reyes, | Debtor. | CASE NUMBER.: 2:09-bk-17912-AA |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of          5/11/10                        , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

UNITED STATES TRUSTEE  
ustpregion16.la.ecf@usdoj.gov

TRUSTEE  
Kathy A Dockery  
efiling@ch13la.com

COUNSEL FOR DEBTOR  
Leroy Bishop Austin  
lbishopbk@yahoo.com

**McCarthy & Holthus, LLP**
**bknotice@mccarthyholthus.com**

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:**
A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

DEBTOR - Carlos Gabriel Rodriguez-Reyes, 6929 Lanto Street, Los Angeles, CA 90040

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-1O.RP**